# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL SNIDER, | ) | |
|     Plaintiff, | ) | Civil Action No.18-735 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| ROBERT GILMORE, *et al.*, | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
|     Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 6, 2019, Magistrate Judge Lenihan issued an Order, (Doc. 85), denying Plaintiff Joel Snider's ("Plaintiff's") Motion for Order to Perform Mental Health Evaluation, (Doc. 84), which sought a court order to compel his alleged treating psychiatrist, Dr. Adam Bloom, to perform a mental health evaluation. In her Order, Judge Lenihan indicated that, to the extent that Dr. Bloom is Plaintiff's treating psychiatrist, he should submit a request to Dr. Bloom for such an evaluation.

Plaintiff filed Objections to Judge Lenihan's Order on October 24, 2019 ("Objections," Doc. 89). Plaintiff's Objections indicate that he has submitted a request for an evaluation, but also states that it is "his understanding that he needs a court order" to receive the mental health evaluation. Id. at 5.

After reviewing Plaintiff's Motion, Judge Lenihan's Order, and the Objections, no part of Judge Lenihan's Order is clearly erroneous or contrary to law. Plaintiff has given the

undersigned no reason to believe that a Court order is required for him to obtain an evaluation to determine his mental health status or needs.

Accordingly, it hereby is **ORDERED** that Plaintiff Joel Snider's Objections, (Doc. 89), are **OVERRULED**.

IT IS SO ORDERED.


November 6, 2019                                s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge


cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

JOEL SNIDER
KZ-8124
SCI Houtzdale
PO Box 1000
Houtzdale, PA 16698